UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
:
SAMUEL LOPEZ,                                              :
:
                            Plaintiff,      :
:         21-CV-10710 (VSB)
            -against-              :
:         **ORDER**
UNCLE SAM PIZZA CORP and                    :
17 CLINTON STREET HOUSING              :
DEVELOPMENT FUND CORPORATION,    :
:
                          Defendants.   :
:
------------------------------------------------------------X

<u>VERNON S. BRODERICK, United States District Judge</u>:

       Pursuant to my order April 12, 2022, Plaintiff Samuel Lopez has filed proof of service on Defendant 17 Clinton Street Housing Development Fund Corporation ("17 Clinton Street"). (Doc. 19.) However, Plaintiff still has not filed proof of service on Defendant Uncle Sam Pizza Corp ("Uncle Sam"); over 90 days has passed since Plaintiff filed its initial complaint against the Defendants, (*see* Doc. 1). The answer of 17 Clinton Street is due April 27, (*see* Doc. 19); to this day, neither Defendant has appeared or responded to the complaint. Nor has Plaintiff taken any action to prosecution his case.

       Accordingly, it is hereby ORDERD that on or before May 31, 2022, Plaintiff shall (1) file proof of service on Uncle Sam, and (2) if the deadline for Uncle Sam to answer has passed, seek a default judgment against both Defendants in accordance with Rule 4(H) of my Individual Rules and Practices in Civil Cases. If Plaintiff fails to do so, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). Extensions will not be granted unless good cause is shown.

SO ORDERED.

Dated: May 16, 2022
New York, New York

_____
VERNON S. BRODERICK
United States District Judge