UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SAMUEL LOPEZ,

                        Plaintiff,

              -against-

UNCLE SAM PIZZA CORP and 17
CLINTON STREET HOUSING
DEVELOPMENT FUND CORPORATION,

                      Defendants.
-----------------------------------------------------------X

21-cv-10710 (VSB)

**ORDER**

<u>VERNON S. BRODERICK</u>, United States District Judge:

       Pursuant to my order dated March 28, 2022, (Doc. 13), Plaintiff filed proposed Clerk's Certificates of Default against both Defendants. However, it appears that Plaintiff keeps making filling errors and a correct version has not been filed yet. Accordingly, it is hereby ORDERED that on or before June 8, 2022, Plaintiff shall correct their filing errors and comply with Rule 4(H) of my Individual Rules and Practices in Civil Cases to seek default judgment. Otherwise, I will dismiss this case for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

SO ORDERED.

Dated: June 1, 2022
       New York, New York

                                               Vernon S. Broderick
                                               United States District Judge