UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
     :
SAMUEL LOPEZ,     :
     :
     Plaintiff,     :
     : 21-CV-10710 (VSB)
    -against-     :
     : **ORDER**
UNCLE SAM PIZZA CORP and     :
17 CLINTON STREET HOUSING     :
DEVELOPMENT FUND CORPORATION,     :
     :
     Defendants.     :
     :
----------------------------------------------------------- X

VERNON S. BRODERICK, United States District Judge:

     Pursuant to my order dated June 1, 2022, (Doc. 40), it is hereby ORDERED that this case is dismissed without prejudice against all Defendants under the Federal Rule of Civil Procedure 41(b). The Clerk of Court is respectfully directed to close the case.

SO ORDERED.

Dated:   June 9, 2022
         New York, New York

                                                    VERNON S. BRODERICK
                                                    United States District Judge